| CHOICE FOUNDATION | * | NO. 2022-C-0411 |
| VERSUS | * | COURT OF APPEAL |
| LAW INDUSTRIES, LLC | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOBRANO, J., DISSENTS**

I respectfully dissent. I would grant the writ and reverse, in part, the judgment of the district court, insofar as it grants partial summary judgment as to Tuna and denies summary judgment in part as to Travelers. I would enter judgment granting in full the motion for summary judgment filed by Travelers, denying the motion for partial summary judgment filed by Tuna, and dismissing all claims asserted against Travelers. I find that this Court is bound by its earlier opinion in *Choice Found. v. L. Indus., LLC*, 21-0431 (La. App. 4 Cir. 3/2/22), 336 So.3d 501, *writ denied*, 22-00538 (La. 5/24/22), 338 So.3d 1190. I am unable to distinguish the facts of the above-captioned matter from this Court's prior holding. For this reason, I conclude that the allegations against Tuna set forth in Choice Foundation and OPSB's petition are excluded from coverage, and Travelers owes no duty to defend Tuna against the claims made in the lawsuit.

1